# United States District Court
## Western District of North Carolina
### Statesville  Division

| | | |
|---|---|---|
| Manley Franklin Wagoner**,** | ) | JUDGMENT IN CASE |
| | ) | |
| | ) | 5:14CV108-FDW |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Cynthia Thornton**,** Superintendent, | ) | |
| Harnett Correctional Institution**,** | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 2, 2014 Order.

July 2, 2014

Frank G. Johns, Clerk
United States District Court